UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00119-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  MERARDO LOYA-CASTILLO, a/k/a Eliseo Castillo-Armendariz, a/k/a Servando Castillo-Miranda, a/k/a Jaime Rascon-Castillo, a/k/a Alonzo Patillo,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Wednesday, May 4, 2011,** and responses to these motions shall be filed by **Thursday, May 19, 2011.**  It is

FURTHER ORDERED that a hearing on all pending motions, if necessary, will scheduled at a future date.  It is

FURTHER ORDERED that a 3-day jury trial is set for **Monday, June 13, 2011, at 9:00 a.m. in courtroom A-1002.**

    Dated:  April 13, 2011

                                             BY THE COURT:

                                             s/ Wiley Y. Daniel
                                             Wiley Y. Daniel
                                             Chief United States District Judge