UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00119-WYD

UNITED STATES OF AMERICA,

　　　Plaintiff,

v.

1.  MERARDO LOYA-CASTILLO, a/k/a Eliseo Castillo-Armendariz, a/k/a Servando Castillo-Miranda, a/k/a Jaime Rascon-Castillo, a/k/a Alonzo Patillo,

　　　Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

　　　A Notice of Disposition was filed in the above matter on August 15, 2011.  A Change of Plea hearing is set for **Tuesday, October 25, 2011 at 11:00 a.m.  Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be **VACATED**.  **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

　　　Dated:  August 17, 2011