UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00119-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1.  MERARDO LOYA-CASTILLO, a/k/a Eliseo Castillo-Armendariz, a/k/a Servando Castillo-Miranda, a/k/a Jaime Rascon-Castillo, a/k/a Alonzo Patillo,

 Defendant.

## ORDER

THIS MATTER coming before the Court upon motion of the government to grant the defendant an additional one-level decrease in the offense level for acceptance of an appellate waiver in the plea agreement, and the Court having considered the same, it is hereby

ORDERED that Government's Motion for 1-Level Departure in Defendant's Offense Level for Acceptance of Appellate Waiver (ECF Doc. No. 32), filed December 12, 2011, is **GRANTED.**  It is further

ORDERED that defendant be granted an additional one-level decrease in the offense level.

 Dated:  January 24, 2012.

           BY THE COURT:

           s/ Wiley Y. Daniel
           WILEY Y. DANIEL,
           CHIEF UNITED STATES DISTRICT JUDGE